UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mary Dews<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  09-20509<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## FINAL ORDER PERMITTING THE DEBTOR TO INCUR DEBT

THIS MATTER coming to be heard for a final hearing on Debtor's Motion to Incur Debt and Motion for Expedited Hearing;

THE COURT, after due notice having been given and hearing thereon, having fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's Motion to Incur Debt and Motion for Expedited Hearing is granted.

2. The Debtor is permitted to purchase a 2011 Chevrolet Malibu, with financing in the amount of $13,906.23, with monthly payments of $299.89, and interest at 15.77%.

3. In the event said vehicle is no longer available for purchase, the Debtor is permitted to purchase a similar vehicle with the same or better terms as described in paragraph 2 of this Order.

Enter:

Dated: MAR 1 4 2014

United States Bankruptcy Judge

**Prepared by:**
Law Office of Jason Blust
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606

Rev: 20130104_bko